JS - 6

**FILED**
CLERK, U.S. DISTRICT COURT
JUN 03, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Live Face On Web, LLC,*<br>         Plaintiff,<br>    v.<br>*George Borges, et al.,*<br>         Defendants. | CASE NO. CV 15-9928-GHK (RAOx)<br><br>JUDGMENT |

Pursuant to the Court's June 3, 2016 Order, IT IS **ORDERED, ADJUDGED, AND DECREED** that Plaintiff Live Face On Web, LLC shall recover judgment against Defendant George Borges in the following amounts: $131,567.95 in actual damages and $6,231.36 in attorney's fees. We shall retain jurisdiction to hear any proceeding arising out of this Judgment and to construe, enforce, or implement this Judgment.

**IT IS SO ORDERED**.

DATED:  6/3/16

_____
GEORGE H. KING
Chief United States District Judge